IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON DAVID YONAI,** | CIV S-06-2318 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **SALINAS VALLEY STATE PRISON, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including February 20, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

Dated: 1/25/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
MAGISTRATE JUDGE

yon2318.eot

1