IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

               Petitioner,               No. CIV S-06-2318 MCE GGH P

     vs.

SALINAS VALLEY STATE PRISON, et al.,

               Respondent.       <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, petitioner filed a motion for default judgment, but the gravaman of the motion is not that defendants did not respond, but that extensions of time to respond should not have been given.  No entry of default has been made, and the court construes the motion in that vein.  This motion is without merit.

          Accordingly, IT IS HEREBY ORDERED that petitioner's January 29, 2007, motion for default judgment is denied.

DATED:   3/9/07

                     /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

yon2318.def

1