IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON DAVID YONAI,** | CIV S-06-2318 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **SALINAS VALLEY STATE PRISON, et al.,** | |
| Respondents. | |

Respondent has requested a two-week extension of time in which to file a reply to the opposition to the motion to dismiss filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time, nunc pro tunc, to and including April 9, 2007, in which to file a reply to the opposition to the motion to dismiss.

Dated: 4/18/07

/s/ Gregory G. Hollows

_____
 GREGORY G. HOLLOWS
 MAGISTRATE JUDGE

yo2318.eot

[Proposed] Order

1