1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASON DAVID YONAI,                    No. 2:06-cv-02318-MCE-GGH P

12              Petitioner,

13         vs.                              ORDER

14    SALINAS VALLEY STATE
      PRISON, et al.,

15
                Respondents.
16
                                        /
17

18         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this

19    court's January 7, 2008, dismissal of his application for a writ of habeas corpus.  Before

20    petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

21    Fed. R. App. P. 22(b).

22         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

23    made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

24    certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.

25    28 U.S.C. § 2253(c)(3).

26    ///

1    A certificate of appealability should be granted for any issue that petitioner can

2    demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

3    court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

4    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

5    Petitioner has made a substantial showing of the denial of a constitutional right in the

6    following issue presented in the instant petition: Whether this action is barred by the statute of

7    limitations.

8    Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the

9    present action.

10   Dated:  February 27, 2009

11

12                                         _____
                                           MORRISON C. ENGLAND, JR.
13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25      [1] Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause.  Jennings, at 1010.